**Rhonda THOMPSON; Keith Thompson, Appellants,**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY, Appellee.**

No. 09–2925.

United States Court of Appeals, Eighth Circuit.

Submitted: March 22, 2010.

Filed: March 25, 2010.

Bill W. Bristow, Melissa Richardson Bristow & Richardson, Jonesboro, AR, for Appellants.

David A. Hodges, Sr., Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

In this appeal after remand, Rhonda and Keith Thompson challenge the district court's [1] denial of their motion to award a statutory penalty, attorney fees, and prejudgment interest against their insurer, Southern Farm Bureau Casualty Insurance Company. After careful review, we find no basis for reversal. *See All–Ways Logistics, Inc. v. USA Truck, Inc.,* 583 F.3d 511, 518 (8th Cir.2009) (district court's denial of prejudgment interest reviewed for abuse of discretion); *Dupps v. Travelers Ins. Co.,* 80 F.3d 312, 313 (8th Cir.1996) (de novo review of district court's application of state law); *Running M Farms, Inc. v. Farm Bureau Mut. Ins. Co.,* 371 Ark. 308, 265 S.W.3d 740, 745 (2007); *State Farm Mut. Ins. Co. v. Thomas,* 316 Ark. 345, 871 S.W.2d 571, 573 (1994). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.